United States Bankruptcy Court
Eastern District of Pennsylvania

Lane,
    Plaintiff

Adv. Proc. No. 24-00100-amc

US Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Nov 06, 2024      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| pla | + Jonathan D. Lane, 310 E. King Street, Apt. A, Malvern, PA 19355-2579 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Nov 07 2024 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 07 2024 00:07:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | + Email/Text: edbknotices@ecmc.org | Nov 07 2024 00:06:00 | US Department of Education, General Counsel, 400 Maryland Avenye SW, Washington, DC 20202-0001 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Defendant US Department of Education anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| JOSHUA COHEN | on behalf of Plaintiff Jonathan D. Lane jcohen@thestudentloanlawyer.com |

TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Jonathan D. Lane, | : | Bankruptcy No. 24-12171-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| | : | |
| Jonathan D. Lane, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 24-00100-amc |
| | : | |
| The United States Department of | : | |
| Education, *et al.*, | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 6th day of November , 2024, upon consideration of

Defendant's Second Unopposed Motion for an Extension, it is hereby ORDERED that the

motion is GRANTED. The defendants shall file a response to the Complaint on or before

January 3, 2025.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*