IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Jonathan D. Lane, | : | Bankruptcy No. 24-12171-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| Jonathan D. Lane, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 24-00100-amc |
| The United States Department of Education, *et al.*, | : | |
| | : | |
| Defendant | : | |

## STIPULATION RESOLVING ADVERSARY PROCEEDING

Plaintiff, Jonathan Lane, (Debtor) and the United States Department of Education (ED), by and through undersigned counsel, hereby stipulate and agree, subject to Court approval, that:

1) On July 29, 2024, the plaintiff filed an adversary complaint against the United States alleging that he qualifies for a hardship discharge of his Federal student loans pursuant to 11 U.S.C. § 523(a)(8);

2) Subsequently, plaintiff responded to a request from the United States and submitted information to the United States in support of his claim for a hardship discharge of his Federal student loans;

3) The United States, after review of the submitted information, agrees, subject to final Court approval, that plaintiff qualifies for discharge of his Federal

1

student loans.

4) The student loan to be discharged is ED account number E629539487 with an approximate balance of $63,619.00 as of the date of filing of the initial Complaint in this Adversary Proceeding. It is intended that any additional interest or penalty—if applicable—is also discharged in this proceeding.

The parties submit this stipulation to the Court and ask the Court to determine that the plaintiff has satisfied the test set out in *In re Faish,* 72 F.3d 298 (3d Cir. 1995); met his burden under 11 U.S.C. § 523(a)(8); and that his federal student loan is discharged.

Respectfully submitted,

| | |
|---|---|
| /s/ Joshua Cohen | /s/ Isaac J. Jean-Pierre |
| JOSHUA COHEN, ESQUIRE | ANTHONY ST. JOSEPH |
| Cohen Consumer Law | ISAAC J. JEAN-PIERRE |
| PO Box 1040 | Assistant United States Attorneys |
| St. Albans, VT 05478 | United States Attorney's Office |
| Email: | Eastern District of Pennsylvania |
| jcohen@thestudentloanlawyer.com | 615 Chestnut Street, Suite 1250 |
| Phone: 802-380-8887 | Philadelphia, PA 19106 |
| 860-233-0338 | Phone: (215) 861-8267 (St. Joseph) |
| | (215) 861-8372 (Jean-Pierre) |

Dated: <u>January 21, 2025</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Jonathan D. Lane, | : | Bankruptcy No. 24-12171-amc |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Jonathan D. Lane, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 24-00100-amc |
| | : | |
| The United States Department of Education, *et al.*, | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the United States of America's and Jonathan Lane's stipulation Resolving Adversary Proceeding that the debtor satisfies the test set out in *In re Faish,* 72 F.3d 298 (3d Cir. 1995) and met his burden under 11 U.S.C. 523(a)(8), it is hereby ORDERED that Jonathan Lane's federal student loans subject to this adversary complaint are discharged and the adversary proceeding is dismissed.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
Judge, United States Bankruptcy Court